SMITH & McCRORKEN, INC., Appellant, *v.* CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, Respondent.

*Appeal — order of Appellate Division reversing order granting motion for summary judgment and denying motion — appeal to Court of Appeals dismissed.*

*Smith & McCrorken, Inc.,* v. *Chatham Phenix Nat. Bank,* 220 App. Div. 443, appeal dismissed.

(Submitted December 13, 1927; decided January 10, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 6, 1927, which reversed an order of Special Term granting a motion by plaintiff for summary judgment and denied said motion.

*S. Leighton Frooks* and *Philip Krieger* for appellant.

*Jacob Scholer* and *James S. Hays,* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ISADOR LEWIS, Appellant.

*Crimes — vagrancy — judgment of conviction affirmed.*

(Argued December 13, 1927; decided January 10, 1928.)

APPEAL, by permission, from a judgment of the Court of Special Sessions of the city of New York, entered July 8, 1927, which affirmed a judgment of a city magistrate convicting the defendant of the crime of vagrancy as defined in subdivisions 4-e and 4-f of section 887 of the Code of Criminal Procedure.

*Leo H. Klugherz* and *Leonard A. Snitkin* for appellant.

*Joab H. Banton, District Attorney (Robert Daru* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.